FELONY

# United States District Court

__Southern__ District of __Texas__

UNITED STATES OF AMERICA

V

**ARELLANO-ARELLANO, Alejandro**
A.K.A. ARELLANO-ALVARADO, Alejandro
Mexico
A201 103 212    (EWA)

United States Courts
Southern District of Texas
FILED
*June 13, 2025*
Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

CASE NUMBER B-25 __491__ MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __February 1, 2025__, the defendant, an alien who had previously been denied admission, excluded or removed knowingly and unlawfully was present in the United States having been found in __Cameron__ County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of **Title 8 United States Code, Section(s)   1326(a)**

I further state that I am a Deportation Officer and that this complaint is based on the following facts: The defendant was encountered by Immigration Officers conducting routine jail checks at the Cameron County Jail on February 01, 2025. The defendant was subsequently arrested on June 13, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on September 02, 2017. The defendant was convicted of Assault on a Public Servant on June 12, 2025. Record checks revealed that the defendant has not applied for permission from the proper authorities to re-enter the United States.

Defendant has $0.00

*Signature of Complainant*

Christian Salmon    Deportation Officer
*Name and Title of Complainant*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

June 13, 2025           at   Brownsville, Texas
*Date*                        *City and State*

Karen Betancourt    U.S. Magistrate Judge
*Name and Title of Judicial Officer*

*Signature of Judicial Officer*